IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-00146-RLV-DSC

| | |
|---|---|
| **HICKORY SPRINGS MANUFACTURING COMPANY,** | ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **JAKKS PACIFIC, INC., et.al.,** | ) ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Kourtney Mueller Miller]" (document # 30) filed December 23, 2015. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: December 23, 2015

David S. Cayer
United States Magistrate Judge