IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| Hickory Springs Manufacturing Company d/b/a HSM,<br><br>        Plaintiff,<br><br>  v.<br><br>JAKKS Pacific, Inc.,<br>JAKKS Sales Corporation, and<br>Maui, Inc.,<br><br>        Defendants. | **CASE NO. 5:15-CV-00146-RLV-DSC** |

## **JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' settlement agreement, Plaintiff Hickory Springs Manufacturing Company d/b/a HSM ("Hickory Springs") and Defendants JAKKS Pacific, Inc., JAKKS Sales Corporation, and Maui, Inc. (collectively, "Defendants") hereby stipulate to the dismissal of all claims in this action, with prejudice. Hickory Springs and Defendants further agree that each party shall bear its own costs.

Respectfully submitted this 11th day of February, 2016.

s/ Alice C. Richey
Alice C. Richey, N.C. State Bar No. 13677
Sye T. Hickey, N.C. State Bar No. 46106
**PARKER POE ADAMS & BERNSTEIN, LLP**
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706
Email: alicerichey@parkerpoe.com
Email: syehickey@parkerpoe.com

Amanda Tessar, *Admitted Pro Hac Vice*
Kourtney Mueller Merrill, *Admitted Pro Hac Vice*
**PERKINS COIE LLP**
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: (303) 291-2300
Facsimile: (303) 291-2400
Email: ATessar@perkinscoie.com
Email: KMerrill@perkinscoie.com

*Attorneys for Plaintiff Hickory Springs*
*Manufacturing Company d/b/a HSM*


s/ W. Thad Adams, III, *with permission*
W. Thad Adams, III (N.C. Bar Number 000020)
Samuel A. Long, Jr. (N.C. Bar Number 46588)
**SHUMAKER, LOOP & KENDRICK, LLP**
First Citizens Bank Plaza
128 South Tryon Street
Suite 1800
Charlotte, NC 28202
Tel: (704) 945-2901
Fax: (704) 332-1197
Email: tadams@slk-law.com
along@slk-law.com

*Attorneys for Defendants R&D Plastics of Hickory,*
*Ltd., JAKKS Pacific, Inc., JAKKS Sales Corporation*
*and Maui, Inc.*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record as follows:

>W. Thad Adams, Esq.
>Samuel A. Long, Esq.
>SHUMAKER, LOOP & KENDRICK, LLP
>Email: along@slk-law.com
>Email: tadams@slk-law.com

This 11th day of February, 2016.

>s/ Alice C. Richey
>Alice C. Richey, N.C. State Bar No. 13677
>**PARKER POE ADAMS & BERNSTEIN, LLP**
>Three Wells Fargo Center
>401 South Tryon Street, Suite 3000
>Charlotte, North Carolina 28202
>Telephone: (704) 372-9000
>Facsimile: (704) 334-4706
>Email: alicerichey@parkerpoe.com
>
>*Attorneys for Plaintiff Hickory Springs Manufacturing Company d/b/a HSM*